PROB 12B
(7/93)

Report Date: November 6, 2008

## United States District Court

for the

Eastern District of Washington

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 01 2008

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Daniel D Smith                Case Number: 2:03CR00228-001

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, U.S. District Judge

Date of Original Sentence: 6/10/2004            Type of Supervision:    Supervised Release

Original Offense: Manufacture of 100 or More    Date Supervision Commenced: 11/6/2008
Marijuana Plants, 21 U.S.C. § 841(a)(1)

Original Sentence: Prison - 60 Months; TSR - 48  Date Supervision Expires: 11/5/2012
Months

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

17    You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as
      directed by the supervising probation officer, but no more than six tests per month, in order to confirm
      continued abstinence from these substances.

### CAUSE

The purpose of this petition is to apprise the Court of the status of the aforementioned case, in light of the Ninth Circuit Court of Appeals' finding in United States v. Stevens (9th Cir. 2005), and to request that the conditions of supervision be modified to authorize a maximum of six random drug tests per month.

Daniel Smith was asked whether he would waive his right to a hearing and agree to the modifications as previously described. As indicated by the enclosed Waiver of Hearing to Modify Conditions of Supervised Release form, Mr. Smith has agreed to the proposed modifications.

I declare under penalty of perjury that the foregoing is true and correct.

                                    Executed on:    11-10-08
                                                    _____
                                                    Tommy Rosser
                                                    U.S. Probation Officer

Prob 12B
Re: Smith, Daniel D
November 6, 2008
Page 2

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Fred Van Sickle
**Signature of Judicial Officer**

December 1, 2008
**Date**